No. 640. BAILEY, ADMINISTRATRIX, *v.* CENTRAL VERMONT RAILWAY, INC. March 8, 1943. Petition for writ

752

of certiorari to the Supreme Court of Vermont granted. *Mr. Joseph A. McNamara* for petitioner. *Mr. Horace H. Powers* for respondent.